UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>            Defendants. | Case No. 2:11-cv-13154<br><br>Hon. Lawrence P. Zatkoff |

## NOTICE OF APPEARANCE

    Please enter the appearance of Hina Shamsi as counsel for plaintiffs in the above-entitled action.

Respectfully submitted,

/s/ Hina Shamsi
HINA SHAMSI
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 284-7321
Fax: (212) 549-2654
hshamsi@aclu.org

Dated: September 16, 2011